UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MARY JACKSON                                               CIVIL ACTION

VERSUS

OCEAN HARBOR CASUALTY                           NO. 23-01019-BAJ-EWD
INSURANCE COMPANY

## JUDGMENT

Considering the Court's April 3, 2024 Order to Show Cause (Doc. 15), which required Plaintiff to show cause for why the above-captioned matter should not be dismissed pursuant to Local Rule 41(b), and Plaintiff's lack of response thereto,

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS FURTHER ORDERED** that, on Plaintiff's motion, filed within thirty (30) days, and upon a showing of good cause, the Court may consider reinstatement of the Plaintiff's claims on the Court's Docket.

Baton Rouge, Louisiana, this 22nd day of April, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA